**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00789-REB-CBS

MARYNA JOHN,

     Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#14] filed August 24, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#14] filed August 24, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for April 9, 2010, is **VACATED**;

3. That the jury trial set to commence April 26, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 24, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge